## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

_____

Kimberly Hiner,

        Plaintiff,

v.

Asset Recovery Group, LLC,

        Defendant.

Civil No. 08-5442 (RHK/SRN)

**ORDER**

_____

Pursuant to the Joint Stipulation for Dismissal With Prejudice (Doc. No. 5), **IT IS ORDERED** that the Complaint is **DISMISSED WITH PREJUDICE** and without costs, disbursements, or attorneys' fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: April 14, 2009

                                        s/Richard H. Kyle
                                        RICHARD H. KYLE
                                        United States District Judge